No. 6625.—SANTINI FERTILIZER Co., aplte., *v.* DÁVILA, apldo.—C D. Humacao. Junio 21, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

POR CUANTO, en 6 de octubre de 1932 la parte demandante estableció recurso de apelación contra la sentencia dictada por la Corte de Distrito de Humacao en este caso, y el día 14 de dicho mes la corte, a solicitud de la demandante, ordenó al taquígrafo que preparase la transcripción de la evidencia;

POR CUANTO, la referida demandante satisfizo con anticipación $200 al mencionado funcionario por el importe de su trabajo, habiéndose concedido una prórroga de sesenta días para radicar la transcripción de evidencia, que expiró en 2 de enero de 1933, sin que se radicara en esta fecha la transcripción referida;

POR CUANTO, la demandada apelada solicita la desestimación del recurso interpuesto, alegando que aunque se han concedido nuevas prórrogas por la corte inferior no se puede dar vida legal a una prórroga concedida después de vencido el plazo original;

POR CUANTO, la parte apelante admite que la segunda prórroga se solicitó después de vencido el término; pero alega que estaba en la creencia de que la prórroga vencía en 13 de enero de 1933 y no el día 2 de dicho mes, y que por esta razón se solicitaron sucesivas prórrogas por el taquígrafo que fueron concedidas por la corte hasta que finalmente se radicó la transcripción de evidencia en el mes de septiembre de 1933;

POR CUANTO, la parte apelante alega que no sólo pagó anticipadamente al taquígrafo lo que éste pedía para la preparación de la transcripción de la evidencia, sino que además, allá para fines de agosto y en vista de la enfermedad continuada del taquígrafo que le imposibilitaba para hacer el trabajo, pagó a éste una bonificación adicional de $125 para que con la ayuda de otro taquígrafo pudiera hacer el trabajo, ya que su estado físico no le permitía hacerlo por sí solo;

POR CUANTO, se alega que se trata en este caso de un pleito de importancia donde hay cuestiones importantes de hecho y de derecho a resolver por el tribunal, y se ofrece en prueba de este aserto la transcripción de evidencia que ya está radicada en la secretaría de este tribunal;

POR CUANTO, no puede decirse que la parte apelante no ha sido diligente en la tramitación del recurso interpuesto, y se trata además de un caso meritorio:

POR TANTO, se concede a la demandante apelante un nuevo término de treinta días para radicar la transcripción de evidencia en la corte inferior y someterla nuevamente a la aprobación del juez, y una vez aprobada archivarla en la secretaría de este tribunal.